# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

1D2022-0312

_____

REMYFORD RESTORATION
SERVICES, LLC dba APEX
DISASTER SPECIALISTS, a Florida
Limited Liability Company,

    Appellant,

    v.

FIRSTSERVICE RESIDENTIAL
FLORIDA, INC., a Florida
Corporation; SCOTT
WHITTERMORE, an individual;
GORDON BREEN, an individual;
WILL MIXON, an individual;
TAMMY KIMBLE, an individual;
CONTRACTOR CONNECTION
GROUP, LLC, dba RESTORE-ONE,
a Florida LLC, COASTAL ELITE,
LLC, dba RESTORE-ONE, a
Florida LLC, PJ JOHNSTON, an
individual; BROWN INSURANCE
SERVICES, LLC, a Florida LLC;
ROBBY L. TALLENT, an
individual; JOHN W. HANCOCK,
an individual; LONG BEACH
RESORT COMMUNITY
ASSOCIATION, INC., a Florida
not-for-profit corporation; BAY
POINT RESIDENCES
ASSOCIATION, INC., a Florida
not-for-profit corporation,

Appellees.

_____

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.


January 18, 2024

PER CURIAM.

AFFIRMED.

ROWE, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ciera L. Lipps, Kovar Law Group, St. Petersburg, for Appellant.

Scott D. Stevens, Starnes Davis Florie LLP, Mobile, Alabama, for Appellees Bay Point Residences Association, Inc., and Reflections Owners Association, Inc.

Peter Harutunian and Forrest L. Andrews, Lydecker LLP, Miami, for Appellees Brown Insurance Services, LLC, Robby Tallent, and John Hancock.

Mark D. Davis, Clark Partington, Santa Rosa Beach, for Appellees, Contractor Connection, LLC d/b/a Restore-One and P.J. Johnston.

Diane M. Longoria and Frank C. Bozeman, III, Quintairos, Prieto, Wood & Boyer, P.A., Pensacola, for Appellee Long Beach Resort Community Association, Inc.

Steven B. Bauman and Kyle S. Bauman, Anchors Smith Grimsley, Fort Walton Beach, for Appellees FirstService Residential Florida, Inc., Will Mixon, Gordon Breen, Scott Whittemore, and Tammy Kimble.